**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

EMMA WILMER,

          Petitioner

          v.

GENE Z. SALKIND, M.D., TODD ANTHONY
BURLINGAME, D.O., HOLY REDEEMER
HEALTH SYSTEM, HOLY REDEEMER
HOSPITAL, HUNTINGDON VALLEY
ANESTHESIOLOGY ASSOCIATES,

          Respondents

: No. 49 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.